# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG DIEP, *et al.*,

    Plaintiffs,

v.

SHOLINA KHERANI, *et al.*,

    Defendants.

Case No. 2:11-CV-00067-KJD-GWF

**ORDER**

    Before the Court is the Motion for Summary Judgment of Defendant DTG Operations d/b/a Thrifty Car Rental (#20).  On March 4, 2011, the parties entered a Stipulation for Dismissal With Prejudice of Defendant DTG Operations, Inc. d/b/a Thrifty Car Rental (#15).

    Accordingly **IT IS HEREBY ORDERED THAT** the Motion for Summary Judgment of Defendant DTG Operations (#20) is **DENIED** as moot.

    DATED this 15th day of August 2011.

_____
Kent J. Dawson
United States District Judge