1 | CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
2 | Nevada Bar No. 10675
THORNDAL, ARMSTRONG, DELK,
3 | BALKENBUSH & EISINGER
1100 E. Bridger Avenue
4 | Las Vegas, Nevada 89101
Phone: (702) 366-0622
5 | Fax: (702) 366-0327
ccurtis@thorndal.com
6 | kmaynard@thorndal.com

7 | Attorneys for Defendant,
SHOLINA KHERANI

8

**UNITED STATES DISTRIC COURT**

9

**DISTRICT OF NEVADA**

10

11 | GREG DIEP; SARAH DIEP; and
GREGORY DIEP, a minor, by and through
12 | his natural guardians, GREG DIEP and
SARAH DIEP,
13

14 | Plaintiffs,

15 | vs.

16

SHOLINA KHERANI; DTG OPERATIONS,
17 | INC., d/b/a DOLLAR RENT A CAR; DTG
OPERATIONS, INC., d/b/a THRIFTY CAR
18 | RENTAL; DOE INDIVIDUALS 1 through 10;
and ROE CORPORATIONS 11 through 20,
19 | inclusive,
20

21 | Defendants.

CASE NO. 2:11-cv-00067-KJD-GWF

**STIPULATION AND ORDER TO
DISMISS GREG DIEP'S CLAIMS
AGAINST DEFENDANT SHOLINA
KHERANI WITH PREJUDICE**

22

23 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Greg Diep

24 | and Defendant Sholina Kherani through their respective counsel of record, that all

25 | claims by Plaintiff Greg Diep against Defendant Sholina Kherani shall be dismissed with

26 | prejudice, with each of the party to bear their own attorneys fees and court costs.

27

28

-1-

DATED the 20TH day of January, 2012.

NETTLES LAW FIRM

By: _____
Brian D. Nettles, Esq.
Nevada Bar No. 7462
Eric L. Marshall, Esq.
Nevada Bar No. 8847
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for Plaintiffs Greg Diep, Sarah Diep, and Gregory Diep, a minor, by and through his natural guardians, Greg Diep and Sarah Diep*

DATED the 3rd day of ~~January~~ February, 2012.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

By: _____
Christopher J. Curtis, Esq.
Nevada Bar No. 4098
Kathleen M. Maynard, Esq.
Nevada Bar No. 10675
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendant Sholina Kherani*

IT IS SO ORDERED:

_____
JUDGE, UNITED STATES DISTRICT COURT

DATED: ____2/6/12_____

Submitted by:

THORNDAL, ARMSTRONG, DELK
 BALKENBUSH & EISINGER

_____
CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
Nevada Bar No. 10675
1100 Bridger Avenue
Las Vegas, Nevada 89101
(Attorneys for Defendant,
Sholina Kherani)

-2-