CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
Nevada Bar No. 10675
THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
Phone: (702) 366-0622
Fax: (702) 366-0327
ccurtis@thorndal.com
kmaynard@thorndal.com

Attorneys for Defendant,
SHOLINA KHERANI

# UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREG DIEP; SARAH DIEP; and GREGORY DIEP, a minor, by and through his natural guardians, GREG DIEP and SARAH DIEP,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOLINA KHERANI; DTG OPERATIONS, INC., d/b/a DOLLAR RENT A CAR; DTG OPERATIONS, INC., d/b/a THRIFTY CAR RENTAL; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00067-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS GREG DIEP'S CLAIMS AGAINST DEFENDANT SHOLINA KHERANI WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Greg Diep and Defendant Sholina Kherani through their respective counsel of record, that all claims by Plaintiff Greg Diep against Defendant Sholina Kherani shall be dismissed with prejudice, with each of the party to bear their own attorneys fees and court costs.

DATED the 20TH day of January, 2012.    DATED the 3rd day of ~~January~~ February, 2012.

NETTLES LAW FIRM

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: _____
Brian D. Nettles, Esq.
Nevada Bar No. 7462
Eric L. Marshall, Esq.
Nevada Bar No. 8847
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for Plaintiffs Greg Diep, Sarah Diep, and Gregory Diep, a minor, by and through his natural guardians, Greg Diep and Sarah Diep*

By: _____
Christopher J. Curtis, Esq.
Nevada Bar No. 4098
Kathleen M. Maynard, Esq.
Nevada Bar No. 10675
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendant Sholina Kherani*

IT IS SO ORDERED:

_____
JUDGE, UNITED STATES DISTRICT COURT

DATED: 2/6/12

Submitted by:

THORNDAL, ARMSTRONG, DELK BALKENBUSH & EISINGER

_____
CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
Nevada Bar No. 10675
1100 Bridger Avenue
Las Vegas, Nevada 89101
(Attorneys for Defendant, Sholina Kherani)

-2-