CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
Nevada Bar No. 10675
THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
Phone: (702) 366-0622
Fax: (702) 366-0327
ccurtis@thorndal.com
kmaynard@thorndal.com

Attorneys for Defendant,
SHOLINA KHERANI

## UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREG DIEP; SARAH DIEP; and GREGORY DIEP, a minor, by and through his natural guardians, GREG DIEP and SARAH DIEP,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOLINA KHERANI; DTG OPERATIONS, INC., d/b/a DOLLAR RENT A CAR; DTG OPERATIONS, INC., d/b/a THRIFTY CAR RENTAL; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00067-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel of record, that all claims by all parties shall be dismissed with prejudice, with each of the parties to bear their own attorneys fees and court costs.

-1-

| | |
|---|---|
| DATED the 17th day of August, 2012. | DATED the 24 day of August, 2012 |
| NETTLES LAW FIRM | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| By: /s/ Brian D. Nettles | By: /s/ Kathleen M. Maynard |
| Brian D. Nettles, Esq.<br>Nevada Bar No. 7462<br>Eric L. Marshall, Esq.<br>Nevada Bar No. 8847<br>1389 Galleria Drive, Suite 110<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiffs Greg Diep, Sarah Diep, and Gregory Diep, a minor, by and through his natural guardians, Greg Diep and Sarah Diep* | Christopher J. Curtis, Esq.<br>Nevada Bar No. 4098<br>Kathleen M. Maynard, Esq.<br>Nevada Bar No. 10675<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Sholina Kherani* |

IT IS SO ORDERED:

_____
JUDGE, UNITED STATES DISTRICT COURT

DATED: 8/28/12

Submitted by:

THORNDAL, ARMSTRONG, DELK
 BALKENBUSH & EISINGER

/s/ Kathleen M. Maynard
CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
KATHLEEN M. MAYNARD, ESQ.
Nevada Bar No. 10675
1100 Bridger Avenue
Las Vegas, Nevada 89101
(Attorneys for Defendant,
Sholina Kherani)